1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 8  KRISTJAN LAXFOSS and F/V LADY 9  GUDNY, | IN ADMIRALTY |
| | Case No. 2:16-cv-00777 RSM |
| 10                              Plaintiffs, v. | |
| 11  I.C.E. INTERNATIONAL CAPITAL EQUIPMENT, INC., | FINAL JUDGMENT |
| 12                              Defendant. | |

13

14        Defendant I.C.E. International Capital Equipment, Inc., has failed to plead in or

15  otherwise defend in this action, and default has been entered.

16        IT IS ORDERED that the mortgage in favor of I.C.E. International Capital Equipment,

17  Inc., dated January 10, 1997, found at the National Vessel Documentation Center, US Coast

18  Guard, Book 97-15, page 457, is of no effect, and that said encumbrance shall be removed from

19  the record.

20        DATED this 27 day of July, 2016.

21

22

        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

23

24

Final Judgment –1
*Laxfoss v. I.C.E.,*  2:16-cv-00777 RSM